# EXHIBIT 1

# Lead Information for Richard Daschbach

October 18, 2022



1

# Basic Consumer Information

- Date: 09/13/2021
- Time: 5:31:48 PM PST
- Traffic Type: Safari
- Device Type: iPad
- Phone: 603-777-7110
- Email: rjdnh1936@gmail.com
- Address: 4 Harvard St
- Zip Code: 03833
- IP Address: 76.119.51.52
- LeadID: 88E45499-0054-D1FA-1EA2-BF5A54551011



2

2




Enhanced Refi Now

Question 13 of 15

## What email address can we send your results to?

Email Address:

We respect your privacy

Enter Email Address

Next >

Back

IMPORTANT DISCLOSURES

LMB Mortgage Services, Inc. is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states. This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

Terms of Use | Our Privacy Notice | State Privacy Notices | Licenses & Disclosures







5



6