# **EXHIBIT 2**

# Lead Information for Richard Daschbach

October 18, 2022



1

# Basic Consumer Information

- Date: 12/20/2021
- Time: 1:36:26 PM PST
- Traffic Type: Safari
- Device Type: iPad
- Phone: 603-777-7110
- Email: rjdnh1936@gmail.com
- Address: 4 Harvard St
- Zip Code: 03833
- IP Address: 2601:188:c300:b720:48a:1b61:e692:a6ae
- LeadID: 5CE1A5E9-79E4-9051-789C-0D11EE1D879F






Enhanced Refi Now

Question 13 of 15

## What email address can we send your results to?

Email Address:
We respect your privacy

Enter Email Address

Next >

Back

IMPORTANT DISCLOSURES

LMB Mortgage Services, Inc. is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states. This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

Terms of Use | Our Privacy Notice | State Privacy Notices | Licenses & Disclosures





4



5

Phone 🔒

[Enter Phone Number]

Secondary Phone Number (Optional) 🔒

[Enter Secondary Phone Number]

Preferred Method of Communication?

○ Online   ○ Phone   ○ No preference

[See my results! →]

Back

By clicking the button above, you express your understanding and consent, electronically via E-sign, to the following:

1. To be matched with, and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products, and consent (not required as a condition to purchase a good/service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded means) via telephone or text at the phone number provided above (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. You agree that LMB, Core Digital Media, and Rocket Mortgage can share your personal data and contact information with third parties, such as mortgage partners, partner companies, and other affiliates, and that these parties may use your personal data and contact information for marketing and analytics, and to make your experience easier. As an alternative, you may contact us by email at customercare@coredigital.com.

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to utilize your information in order to reference your consumer credit report for the purpose of validating your self-reported information. Matched Providers will contact you directly to discuss their financial services and products, and to gather additional information, in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to 3 additional 3 providers about solar services, home improvement services, home insurance services, and realtor services, and consent (not required as a condition to purchase a good/service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded means) via telephone at the phone number provided above (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. As an alternative, you may contact us by email at customercare@coredigital.com.

6