UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RICHARD DASCHBACH
Plaintiff(s)/United States

v.                                          Case No. 1:22-cv-00346-JL

ROCKET MORTGAGE, LLC
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Defendant Rocket Mortgage, LLC has conventionally filed the following attachment or exhibit: Exhibit 3 to the Declaration of Mitchell Viner in support of Rocket Mortgage's Motion to Compel Arbitration and Dismiss.

This attachment or exhibit has not been filed electronically because:
The exhibit is a video rendering of a website user filling out a submission form.  This video cannot be embedded in a PDF and must be submitted to the court on a flash drive.

Date: 11/29/22

/s/ W. Kyle Tayman
W. Kyle Tayman
PHV
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
(202) 346-4000
KTayman@goodwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

V. Richard Ward, Jr. (NH Bar #14262)
Law Offices of V. Richard Ward, Jr., PLLC
98 Center Street
PO Box 1117
Wolfeboro, NH 03894
Tel: (603) 569-9222

Taylor T. Smith
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Tel: (720) 907-7628

Date: 11/29/22

/s/ W. Kyle Tayman
W. Kyle Tayman
PHV
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
(202) 346-4000
KTayman@goodwinlaw.com