# EXHIBIT 5

LMB Provider Network

Live, as of October 2018

LowerMyBills.com Provider Network includes, but is not limited to:

QUICKEN LOANS MORTGAGE SERVICE, QUICKEN LOANS, LOANDEPOT.COM, LLC, CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, HOMEOWNERS MORTGAGE OF AMERICA, INC., FREEDOM MORTGAGE CORPORATION, EFOLKS, LLC, DISCOVER HOME LOANS, INC,USAA FEDERAL SAVINGS BANK, SHORE FINANCIAL SERVICES, INC. DBA SHORE MORTGAGE, AMERICAN EQUITY MORTGAGE, MORTGAGE LENDERS OF AMERICA, L.L.C., THE MORTGAGE SPECIALISTS, INC., ROYAL UNITED MORTGAGE LLC, RESIDENTIAL FINANCE CORPORATION, EVERETT FINANCIAL INC DBA SUPREME LENDING, ALL WESTERN MORTGAGE, INC., AMBER SKY HOME MORTGAGE, BRIDGEVIEW BANK MORTGAGE COMPANY LLC, MICHIGAN MUTUAL, MORTGAGE INVESTORS CORPORATION, PINNACLE MORTGAGE, THE FEDERAL SAVINGS BANK.

Additonal Providers:

ABRAHAM KOHEN
ABSOLUTE HOME MORTGAGE CORP
ACADEMY MORTGAGE CORPORATION
ACOPIA, LLC
ACRE MORTGAGE & FINANCIAL, INC.
ACTIVE SUN
ADAM P. ELLIS
ADAM THROOP
ADAM TUCKER
ADVANCE MORTGAGE & INVESTMENT CO
ADVISORS MORTGAGE GROUP, LLC
AFFILIATE MEDIA NETWORK, INC.
ALL WESTERN MORTGAGE, INC.
ALLIANCE CAPITAL PARTNERS, CORP
ALLIANCE GOVERNMENT FUNDING, INC.
ALLSTATE LENDING GROUP SERVICING, INC
ALLWEBLEADS
ALONZO EDWARDS
AMBER SKY HOME MORTGAGE
AMERICA'S LENDER, LLC
AMERICAN ADVISOR'S GROUP, INC
AMERICAN BANK MORTGAGE GROUP
AMERICAN CAPITAL ADVISORY GROUP, LLC
AMERICAN EQUITY MORTGAGE
AMERICAN FEDERAL MORTGAGE CORPORATION

AMERICAN FINANCIAL MORTGAGE CORPORATION
AMERICAN FINANCIAL RESOURCES, INC. DBA ELEND
AMERICAN FINANCING CORPORATION
AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC
AMERICAN SOUTHWEST MORTGAGE CORP.
AMERICAN SOUTHWEST MORTGAGE FUNDING CORPORATION
AMERICAS MORTGAGE BANC, INC.
AMERIFIRST FINANCIAL, INC.
AMERISAVE MORTGAGE CORPORATION
AMERISTAR CAPITAL MORTGAGE, INC.
AMERIWORTH MORTGAGE COMPANY
ANALYN DACANAY
ANGELLA SIMONE CONRARD
ANITA AGUILAR
ANTHONY (C.) PIRRO
APOLLO INTERACTIVE, INC
APPROVED MORTGAGE CORPORATION
ARIZONA STATE CREDIT UNION
ASPEN MORTGAGE THE PROFESSIONAL GROUP ABBA YESHUA & COREY, INC.
ASPIRE FINANCIAL, INC. DBA TEXASLENDING.COM
ASTORIA COMPANY, LLC
ATLANTIC PACIFIC MORTGAGE CORPORATION
AVENU
BANC HOME LOANS
BANK OF ENGLAND MORTGAGE CORPORATION
BANK OF THE WEST
BARRONS MORTGAGE GROUP, LTD. DBA GOODMORTGAGE.COM
BAY EQUITY, LLC
BELEM SERVICING LLC DBA PATRIOT HOME MORTGAGE
BERT WUNDERLICH
BEST RATE HOLDINGS, LLC
BETTER LIFE CREDIT SERVICES LLC
BETTER MORTGAGE CORPORATION
BIC MORTGAGE COMPANY, LLC
BILLS.COM, LLC
BKP HOLDINGS INC.
BLITZ VENTURES LLC
BLUESTAR MORTGAGE INC.
BOSS LEADS
BRAD MILLER
BRADBURN GROUP
BRADLEY LEAD GROUP
BRANDON L. ABIDIN
BRAZOS NATIONAL BANK
BRENT BERTI
BRENT CLIFFORD

BRIAN J. WEICHEL
BRICKWOOD MORTGAGE, INC.
BRIDGEVIEW BANK MORTGAGE COMPANY, LLC
BRIGHTWIRE LOANS LLC
BROADVIEW MORTGAGE CORPORATION
BROKER HOUSE LENDING, LLC
BROKER SOLUTIONS DBA NEW AMERICAN FUNDING
CAL LOANS DIRECT, INC.
CAPITA MORTGAGE CORPORATION
CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP
CASHCALL, INC.
CASTLE & COOKE MORTGAGE, LLC
CAST SERVICES
CBC NATIONAL BANK
CD MARKETING
CERTYS FINANCIAL INC.
CITADEL SERVICING CORPORATION
CITIZENS BANK N.A.
CITIZENS HOME LOANS OF AMERICA, INC.
CITYWIDE HOME LOANS, A UTAH CORPORATION
CLEAN ENERGY EXPERTS
CMG FINANCIAL
COASTAL CREDIT & DEBT VENTURES, LLC
COMMONWEALTH BANK & TRUST COMPANY
COMMUNITY LENDING GROUP INC.
CONCORD ONE FINANCIAL, LLC
CONNECT HOME SERVICES, LLC
CONTINENTAL CREDIT
COURTESY MORTGAGE COMPANY
CRAIG GALEA
CRANBROOK MORTGAGE CORPORATION
CROSSCOUNTRY MORTGAGE, INC.
CROSSLINE CAPITAL INC
CROSSTATE MORTGAGE CORPORATION
DANIEL CRUZ
DANIEL PETRONELLI
DANIEL ROTTER
DAS ACQUISITION COMPANY, LLC
DAVID LEITNER
DELMAR FINANCIAL COMPANY
DELOY GRIFFIN
DIGITAL ACORN LTD
DISCOVER HOME LOANS, INC.
DISCOVER PRODUCTS INC.
DLJ FINANCIAL, INC.
DML MORTGAGE ENTERPRISES, INC.

DOD VENTURES LLC
DOOLSTER HOLDINGS COMPANY
DOMINION CAPITAL MORTGAGE, INC.
DOUBLEPOSITIVE MARKETING GROUP, INC.
DOUBLE POSITIVE - FM
DOUBLE POSITIVE - PACIFIC UNION
DOWNS FINANCIAL, INC.
E MORTGAGE CAPITAL, INC.
E MORTGAGE MANAGEMENT LLC
EAST COAST MORTGAGE LENDING
EASYKNOCK
EBUILT, LLC DBA EBUILT HOME LOANS
EFOLKS, LLC
ELEADZ
ELEND
ELITE FINANCIAL TEAM LLC
ELITE NORCAL CORPORATION DBA ELITE MORTGAGE
ENDEAVOR MORTGAGE GROUP, INC.
ENFUEGO HOLDINGS, LLC
EQUITABLE MORTGAGE & REALITY, INC.
EQUITY LOANS LLC
ERIC SWAN
ERIC VANHAAFTEN
ERIC WESTBERG
EVERETT FINANCIAL INC DBA SUPREME LENDING
EVERGREEN MEDIA, INC.
EVOLVE BANK & TRUST
EXPERT CONNECOR
FAIRWAY INDEPENDENT MORTGAGE CORPORATION
FINANCE OF AMERICA MORTGAGE LLC
FINANCE OF AMERICA REVERSE, LLC
FINANCIAL FREEDOM MORTGAGE LLC
FIRST BANK
FIRST CALIFORNIA MORTGAGE COMPANY
FIRST COMMUNITY MORTGAGE, INC.
FIRST DIRECT LENDING, LLC
FIRST GUARANTY MORTGAGE CORP
FIRST LIBERTY FINANCIAL GROUP, LLC
FIRST MIDWEST BANK
FIRST RATE MORTGAGE CORPORATION
FOOTHILL MORTGAGE PARTNERS, INC.
FORTREN FUNDING LLC
FOUNDATION MORTGAGE CORPORATION
FRANEK HOME LOANS INC. DBA EAST COAST MORTGAGE LENDING
FRANKLIN ADVANTAGE, INC.
FRANKLIN FIRST FINANCIAL, LTD

FREEDOM MORTGAGE CORPORATION
FRESH QUOTES, LLC
GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P.
GATEWAY MORTGAGE GROUP LLC
GENEVA FINANCIAL, LLC
GENWORTH FINANCIAL HOME EQUITY ACCESS, INC.
GERMANN INC.
GLOBAL EQUITY FINANCE, INC.
GMFS LLC
GOLD STAR MORTGAGE FINANCIAL GROUP, CORPORATION
GOLDWATER BANK, N.A.
GOMOTION, INC.
GOTMORTGAGE.COM REAL ESTATE GROUP
GREENBOX LOANS, INC.
GREG SAFFER
GRIFFIN FUNDING, INC.
GSF MORTGAGE CORPORATION
GUARANTEED RATE, INC.
GUARANTY TRUST COMPANY
GUARDIAN FINANCIAL, INC
GVC MORTGAGE, INC.
HAOSHENG LEE
HAROLD HILLEBRAND
HAWAII MORTGAGE EXPERTS LLC
HEAD ELLISON FINANCIAL GROUP LLC
HERRING BANK
HFG HOLDINGS,LLC
HIGH TECH LENDING INC.
HIS MAJESTYS LEAD SERVICES, LLC
HML INVESTMENTS
HOME SMART MORTGAGE CORPORATION
HOMEOWNER NETWORK
HOMEOWNERS MORTGAGE OF AMERICA INC.
HOMEPROMISE CORPORATION
HOUSETECH
HOUSTON HOME LOAN, INC.
HOWARD BANK
HSBC BANK USA, NA
I DIAL U
IFREEDOM DIRECT CORPORATION
ILEADS.COM, LLC
IMC CAPITAL, LLC
IMPAC MORTGAGE CORP.
INC. DBA SHORE MORTGAGE
INFINITI MORTGAGE, LLC
INFINITY EQUITY GROUP, INC.

INTERCAP LENDING INC.
IFREEDOM DIRECT CORPORATION
INBOUND INTEL
INLAND BANK & TRUST
INSIGHT FINANCIAL SERVICES LLC DBA INSIGHT LOANS
INSTANT CHECKMATE, INC
INTEGRITY FIRST FINANCIAL GROUP, INC.
INTEGRITY FIRST LENDING
INTERCONTINENTAL CAPITAL GROUP, INC
INTERNATIONAL CITY MORTGAGE, INC DBA DOORWAY HOME LOANS
INTERSTATE HOME LOAN CENTER, INC
ISERVE RESIDENTIAL LENDING, LLC
J.G. WENTWORTH HOME LENDING, INC.
JAMES B. NUTTER & COMPANY
JAMES HEALD
JASON D. SMITH
JD FINANCIAL SERVICES, INC.
JEFFREY BECKER
JERMAINE CLARKE
JEREMY BOWLING
JERSEY MORTGAGE COMPANY OF NEW JERSEY, INC.
JESSICA QUERY
JEVON BARNES
JFK FINANCIAL, INC
JFQ LENDING, INC
JG WENTWORTH HOME LENDING, LLC
JOE GARRETT
JOEDONNA, INC DBA MORTGAGE SERVICES
JOHN A. SHERIFF
JOHN J. FEATHERSON
JONATHAN DUNN
JOSEPH GUTTER
JOSEPH P. GARRETT
JP MORGAN CHASE
JTMJ LIMITED LIABILITY COMPANY
K2 LENDING,INC.
KAYE FINANCIAL CORPORATION
KDK REAL ESTATE SERVICES, LLC
KENNETH DABRAMO
KEVIN A. RAIMOND
KEVIN KAJY
KIOSK CREATIVE, LLC
KONDAUR CAPITAL CORPORATION
KONSTANTINE KABILAFKAS
KORTAVA FINANCIAL NETWORK, INC. DBA PROGRESSIVE MORTGAGE SOLUTIONS

KWIK MORTGAGE CORP
LADERA LENDING, INC
LAKEVIEW FUNDING CORP.
LASER LENDING, LLC
LEADQUAL, LLC d/b/a LQ Digital
LENDER DAILY
LENDERFI, INC.
LENDID LOANS, LLC
LENDING SOLUTIONS, INC. DBA LSI MORTGAGE-PLUS
LIBERTY HOME EQUITY SOLUTIONS, INC
LIFESTONE MORTGAGE CORPORATION
LIVE WELL FINANCIAL, INC.
LOANHUNCH MORTGAGE
LOANIT
LOAN LEADERS
LOAN ONE, A DIVISION OF BENCHMARK BANK
LOANDEPOT.COM, LLC
LOANSONLINE, INC.
LONGBRIDGE FINANCIAL, LLC
LOW VA LOANS, LLC
LUNA SOLEIL, CORP
M & M MORTGAGE, LLC
MAGNOLIA BANK
MANN MORTGAGE, LLC
MARGARITA M. OFFERMAN
MARK MOYER
MATTHEW C. ASKLAND
MATTHEW J. HERRON
MAURICE DUENAS
MAVERICK FUNDING CORP.
MAYFLOWER MORTGAGE, LLC
MCS MORTGAGE BANKERS, INC
MEADOWBROOK FINANCIAL MORTGAGE BANKERS CORP.
MEDIATOR LAW GROUP
MENCONI & ASSOCIATES, INC. DBA CALIFORNIA MORTGAGE GROUP
MERIDIAN BANK
METRIC MORTGAGE CORP.
METRO ADVISOR GROUP, LLC
METROPOLITAN HOME MORTGAGES, INC.
MICHAEL HARRELL
MICHAEL SEBASTIANO
MICHIGAN MUTUAL
MIDWEST EQUITY MORTGAGE LLC
MIDWEST MORTGAGE INVESTMENTS, LTD.
MIGUEL LARA
MILESTONE MORTGAGE, INC.

MILLENIUM HOME MORTGAGE, LLC
MILLENIUM HOME MORTGAGE DBA XL HOME LOANS
MN CAPITAL INC
MONARCH BAY LENDING, INC.
MONIQUE BLAKENEY
MONTAGE MORTGAGE, LLC
MORTGAGE BROKERS SERVICES, INC.
MORTGAGE CENTRAL, INC
MORTGAGE DIRECT INC.
MORTGAGE EXPRESS, LLC DBA EVERGREEN MORTGAGE ADVISORS
MORTGAGE INVESTORS CORPORATION
MORTGAGE LENDERS OF AMERICA, L.L.C.
MORTGAGE RESOURCE GROUP
MORTGAGE RESEARCH CENTER, LLC DBA VETERANS UNITED
MORTGAGE SOLUTIONS FCS INC. DBA MOUNT DIABLO LENDING
MORTGAGE TOOLBOX, INC.
MUFG UNION BANK, N.A.
MUNDI INC.
NATIONAL CREDIT CARE
NATIONAL HOME RENTALS, L.P.
NATIONAL PACIFIC LENDING
NATIONAL RELIABLE LENDING
NATIONS LENDING CORPORATION DBA NLC LOANS
NEIL ANDERS
NETWORK CAPITAL FUNDING CORPORATION
NETWORK FUNDING, L.P.
NEW DAY FINANCIAL, LLC DBA NEW DAY USA
NEW FED MORTGAGE, CORP.
NEW PENN FINANCIAL, LLC.
NEW VIEW MORTGAGE CORP.
NEXTGEN LEADS, LLC.
NEXERA HOLDING LLC DBA NEWFI LENDING
NORTH AMERICAN SAVINGS BANK
NORTHPOINTE BANK
NORWICH COMMERCIAL GROUP, INC.
NORWICH COMMERCIAL GROUP, INC. DBA MILITARY DIRECT MORTGAGE
OCMBC, INC.
OHANA FINANCIAL SOLUTIONS, INC.
ONE MAIN FINANCIAL
ONE MORTGAGE, INC.
ONE REVERSE MORTGAGE, LLC NMLS #2052
OPENHOUSE REALTY, INC.
OPTION FUNDING, INC.
OPTIONS FUNDING, INC
ORANGE COUNTY CAPITAL
PACIFIC BENEFICIAL MORTGAGE, INC.

PACIFIC FINANCIAL GROUP INC.
PACOR MORTGAGE CORP. DBA CAPITAL FINANCIAL GROUP
PARAMOUNT EQUITY MORTGAGE
PAUL E. GODBOUT
PAUL T. SINGLETON
PAUL VASQUEZ
PEAK FINANCIAL PARTNERS, INC.
PEAK PERFORMANCE PARTNERS, INC., THE
PENNYMAC LOAN SERVICES, LLC
PEOPLES BANK
PEOPLES HOME EQUITY, INC.
PERENNIAL FUNDING LLC
PERRI FUNDING CORP.
PIC CAPITAL, INC.
PINNACLE CAPITAL MORTGAGE CORPORATION
PINNACLE MORTGAGE
PINNACLE MORTGAGE GROUP, INC.
PLANET HOME LENDING, LLC
PLATEAU DATA SERVICES, LLC DBA RATEMARKETPLACE.COM
PLATINUM FINANCIAL FUNDING, LLC
POLARIS HOME FUNDING CORP.
PMAC LENDING SERVICES, INC.
PREMIERE MORTGAGE ONE COMPANY
PRIMARY RESIDENTIAL MORTGAGE INC.
PRIMELENDING, A PLAINSCAPITAL COMPANY
PRIME MORTGAGE LENDING, INC
PRIORITY LENDING MORTGAGE CORPORATION
PRIMARY RESIDENTIAL MORTGAGE, INC.
PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY, LLC
PRMI
PROFICIO MORTGAGE VENTURES, LLC
PROFESSIONAL MORTGAGE ASSOCIATES
PROSPECT MORTGAGE, LLC
PS FINANCIAL SERVICES, LLC
QC LENDING, LLC
QUICK REVERSE, INC.
QUICKEN LOANS
QUICKEN LOANS MORTGAGE SERVICE
QUINSTREET
QUONTIC BANK
R. BECKER MEDIA INC
RECOVCO MORTGAGE MANAGEMENT, LLC
RED ROCK MORTGAGE
R M K FINANCIAL CORP.
RAPID FINANCIAL SERVICES, LLC
REALLYGREATRATE, INC. #2

REAL ESTATE SOURCE, INC
RECOVCO MORTGAGE MANGEMENT, LLC
RELIANCE FINANCIAL CORPORATION
RELIANCE FIRST CAPITAL, LLC
RELIANT BANK MORTGAGE SERVICES
RESIDENTIAL FINANCE CORPORATION
RESIDENTIAL ONE LENDING, INC.
RESMAC, INC.DBA LENDGENUITY
REVERSE FREEDOM, LLC
REVERSE MORTGAGE FUNDING, LLC
REVERSE MORTGAGE SOLUTIONS, INC
REVIMEDIA, INC.
RICK HERRERA SR.
RIGHT START MORTGAGE, INC.
RIVER CITY MORTGAGE LLC
ROBIN CONNEARNEY
RODNEY KNIGHT
ROYAL UNITED MORTGAGE LLC
ROYALTY ONE ENTERPRISES, LLC
RX MEDIA
RYAN MCCONNAUGHY
RYAN PURPERO
RYAN ZOSS
SALMA PILOTI
SAVET INC.
SBBNET INC, DBA LOANBRIGHT
SCOTT J. MILLICH
SCOUT MORTGAGE
SECKEL CAPITAL LLC
SECOND GENERATION MORTGAGE LLC
SECURED MARKETING CONCEPTS CORP.
SECURITY NATIONAL MORTGAGE COMPANY
SEQUOIA
SERVICE 1ST MORTGAGE, INC.
SEVERN SAVINGS BANK, F.S.B.
SFG INTL CORPORATION D.B.A. AMERICAONE BANCORP
SHANE ROACH
SHORE FINANCIAL SERVICES
SHORE FINANCIAL SERVICES, INC. DBA SHORE MORTGAGE
SIERRA PACIFIC MORTGAGE COMPANY, INC.
SINDEO, INC.
SKYLINE FINANCIAL CORP. DBA SKYLINE HOME LOANS
SKYWEST MORTGAGE & REAL ESTATE
SMARTQUOTE.COM, INC.
SNR REAL ESTATE CORP.
SOUTH PACIFIC FINANCIAL CORPORATION

SOUTHPOINT FINANCIAL SERVICES, INC.
SOVEREIGN LENDING GROUP, INC.
SPECTRUM ONE MORTGAGE
SPIRE VISION, LLC
SPRING EQ, LLC
ST FIN CORP
STARBOARD FINANCIAL MANAGEMENT, LLC.
STARLIGHT MORTGAGE, INC.
STEPHEN CAMPBELL
STEPHEN G. OKA
STEP ONE CREDIT
STONEGATE MORTGAGE CORPORATION
STUART D MILLER
SUBURBAN MORTGAGE COMPANY OF NEW MEXICO DBA INTERCAP LENDING
SUITED CONNECTOR, LLC
SUITED CONNECTOR, BPO
SUSAN M. JARVIS
TEXAS STATE HOME LOANS
THE FEDERAL SAVINGS BANK
THE HOME LOAN ARRANGER
THE HUNTINGTON NATIONAL BANK
THE MONEY SOURCE INC
THE MORTGAGE SPECIALISTS, INC.
THE NEWFINITY GROUP INC.
THE WISDOM COMPANIES, LLC
THOMAS MALACE
THOMAS X. SCHOLLE
TIDEWATER HOME MORTGAGE GROUP INC.
TIMOTHY (R.) BRADFORD
TIMOTHY R. MORROW
TJC MORTGAGE
TOBY ENGLISH
TOBY R. LEBOEUF
TOTAL MORTGAGE SERVICES, LLC
TRINITY REVERSE MORTGAGE DBA TRINITY MUTUAL
TRUE BLUE FUNDING, INC.
TRUST MORTGAGE CORPORATION
TRUSTED CONSUMER
TRUSTED FINANCIAL SERVICES, INC. DBA LIBERTY LENDING CONSULTANTS, INC.
TRUTHFINDER, INC.
TWIN CITY LENDING CORP.
UNIFIRST MORTGAGE, CORP.
UNION HOME MORTGAGE CORP. dba vLOAN
UNITED MORTGAGE, LLC
UNITED PACIFIC REALTY AND INVESTMENT, INC.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC
URBAN FINANCIAL OF AMERICA, LLC
US MORTGAGE CORPORATION
UMAX
USAA FEDERAL SAVINGS BANK
VANGUARD FUNDING LLC
VERTI MEDIA
VICTORIAN FINANCE, LLC
VINCENT SARRICA
VINSON MORTGAGE SERVICES, INC.
WEST COAST FUNDING AND REAL ESTATE SERVICES INC
WESTCOAST MORTGAGE GROUP & REALTY
WEST TOWN BANK & TRUST
WESTERN MORTGAGE BROKERS, INC.
WESTSIDE REAL ESTATE GROUP, INC.
WESTSTAR MORTGAGE, INC
WINTRUST MORTGAGE CORPORATION
WISER LENDING LLC
WORLD TRADE MORTGAGE LLC
WYNDHAM CAPITAL MORTGAGE, INC.
ZERO POINT MORTGAGE SERVICES
ZIP LENDING, INC