UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> ROCKET MORTGAGE, LLC, <br><br> Defendant. | CASE NO. 1:22-cv-00346-JL <br><br> November 29, 2022 |

**DECLARATION OF CHRISTINA L. HENNECKEN IN SUPPORT OF ROCKET MORTGAGE, LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS**

I, Christina L. Hennecken, hereby declare and state as follows:

1. I am a partner with the law firm Goodwin Procter LLP and a member of the Virginia and District of Columbia bars. I am counsel to Rocket Mortgage, LLC ("Rocket Mortgage") in the above captioned matter.

2. I make this declaration in support of Rocket Mortgage's Motion to Compel Arbitration and Dismiss. The facts set forth in this declaration are of my own personal knowledge, and the information provided herein is true and correct to the best of my current knowledge.

3. In connection with this lawsuit, my law firm ordered a title report from United Title and Escrow Services, LLC for the residential property located at 4 Harvard St, Exeter, NH 03833 (the "Property"). According to the declaration of Mitch Viner in support of Rocket Mortgage's Motion to Compel Arbitration, Plaintiff entered the 4 Harvard Street address into a website supported by LMB Mortgage Services, Inc. d/b/a LowerMyBills.com in September 2021 and December 2021.

1

4. Attached hereto as **Exhibit 1** is a true and correct copy of the title report on the Property that my firm received from United Title and Escrow Services, LLC on October 19, 2022. Page 1 of Exhibit 1 shows that Plaintiff and Virginia H. Daschbach are the record owners of the Property and that on December 16, 2020, Plaintiff and Virginia H. Daschbach jointly took out a mortgage loan from Granite State Mortgage Corp. in the amount of $238,683.00.

5. On October 17, 2022, I sent Plaintiff's counsel, Taylor T. Smith, a letter explaining the factual basis for the Motion and the original Complaint's (ECF No. 1) factual inaccuracies. We conferred by telephone on October 24, 2022 regarding these same issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2022

Christina L. Hennecken

2