# EXHIBIT 1



# UNITED TITLE AND ESCROW SERVICES, LLC

## TITLE REPORT

Property:

4 Harvard Street, Exeter, NH 03833 (as described in Exhibit A)

Record Owner:

Richard J. Daschbach and Virginia H. Daschbach by virtue of a deed dated July 25, 2006 and recorded at Book 4686, Page 32 in the Rockingham County Registry of Deeds.

Search Type:

Current Owner

The undersigned reports that in accordance with instructions, title has been searched at the Rockingham County Registry of Deeds from July 25, 2006 through October 18, 2022.

The following encumbrances, liens and other matters currently affecting title were found during the period searched:

**Mortgage from Richard J. Daschbach and Virginia H. Daschbach to MERS, Inc. a/n/f Granite State Mortgage Corp. in the amount of $238,683.00 dated December 16, 2020 and recorded at Book 6210, Page 2728 in the Rockingham County Registry of Deeds.**

In accordance with custom and practice, the foregoing does not constitute a guarantee or opinion of title, nor is it intended as a guarantee of the boundaries of the premises examined, but it is a report of the properly indexed Registry of Deeds records. The Registry of Probate was not searched in connection with this title report. No representation is made regarding building codes, water supply and pollution control, zoning, conservation and preservation, hazardous waste and similar governmental regulations and laws which affect the use of real estate.

No view of the premises was made and no survey was available unless otherwise referred to in this report. You are, therefore, made aware that no representation is made with regard to the accuracy of the descriptions of the premises or the parent tract of which the subject premises is a portion, and the foregoing report is subject to any discrepancies as might appear on an accurate

survey. The accuracy of any surveys of record is not a determination or function of the undersigned but is rather a function of a surveyor. You are also made aware that no representation is made with regard to rights of use and persons in possession as may exist.

By law, certain liens, rights and encumbrances that may affect title it real estate are not required to be recorded to be effective and as such, no representation is made regarding them, except as may be expressly stated herein. Some examples of such liens, rights and encumbrances are mechanic's liens, federal estate tax, liens municipal utility services, timber yield tax, meals and room tax, bankruptcy, federal gift tax, state inheritance tax, and current but unrecorded real estate tax assessments.

_____
John R. Splendore, Esq.
United Title and Escrow Services, LLC