IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>ROCKET MORTGAGE, LLC, a Michigan limited liability company,<br><br>    *Defendant.* | Case No. 1:22-cv-00346-JL<br><br>**STIPULATION TO EXTENSION OF TIME FOR BRIEFING OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Richard Daschbach ("Daschbach" or "Plaintiff") and Defendant Rocket Mortgage, LLC ("Rocket Mortgage" or "Defendant"), by and through their counsel, hereby file this Stipulation to Extension of Time for Briefing of Defendant's Motion to Compel Arbitration (dkt. 15) and Motion to Dismiss (dkt. 16). The Parties stipulate to and respectfully move the Court for a seven (7) day extension of Plaintiff's deadline to respond to Defendant's motions to **December 20, 2022**, and an additional fourteen (14) day extension of Defendant's deadline to reply in support of the motions to **January 10, 2023**.

The Parties represent to the Court that the Stipulation is not sought for dilatory reasons or any improper purpose, and the requested extensions will not cause prejudice to either Party or the Court. Neither Party has previously sought an extension to the same effect.

WHEREFORE, the Parties respectfully request that the Court enter an order granting the requested extension of time for Plaintiff to respond to Defendant's motions up to and including December 20, 2022, and for Defendant to reply in support of the motions up to and including

January 10, 2023, and granting any other relief the Court deems necessary and just. A proposed order is attached hereto for the Court's convenience.

                                                Respectfully Submitted,

Dated: December 5, 2022         By:  */s/ Taylor T. Smith*

V. Richards Ward, Jr. (NH Bar #14262)
rick@vrwardlaw.com
Law Offices of V. Richards Ward, Jr., PLLC
39 N. Main St., Unit D-3
PO Box 1117
Wolfeboro, NH 03894
Tel: (603) 569-9022
Fax: (603) 569-9022

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Tel: (720) 907-7628

*Counsel for Plaintiff*


By:  */s/ Kyle Tayman*

W. Kyle Tayman
Brooks R. Brown
Christina L. Hennecken
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444
BBrown@goodwinlaw.com
KTayman@goodwinlaw.com
CHennecken@goodwinlaw.com

Steven J. Dutton (NH 17101)
McLane Middleton
900 Elm Street | Manchester, NH 03101
(603) 628-1379 | steven.dutton@mclane.com

*Counsel for Rocket Mortgage, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2022, a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's CM/ECF system.

                                              */s/ Taylor T. Smith*