IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH, individually and on behalf of all others similarly situated,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>ROCKET MORTGAGE, LLC, a Michigan limited liability company,<br><br>　　　　　　*Defendant.* | Case No. 1:22-cv-00346-JL<br><br>**DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

I, Taylor T. Smith, declare as follows:

1. I am an attorney with the law firm Woodrow & Peluso, LLC and counsel of record for Plaintiff Richard Daschbach ("Plaintiff" or "Daschbach").

2. On September 2, 2022, Plaintiff filed the instant action alleging wide-scale violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA" or "Act") and New Hampshire state telemarketing laws (dkt. 1), which was later amended on November 4, 2022 (dkt. 10).

3. After the lawsuit was filed, counsel for Defendant Rocket Mortgage, LLC ("Defendant" or "Rocket Mortgage") sent Plaintiff's counsel a letter dated October 17, 2022. In the letter, Rocket Mortgage claimed that Daschbach visited a different website, LowerMyBills.com and completed a different form that resulted in the calls.

4. During conferrals, Rocket Mortgage's counsel clarified that it no longer claimed that Daschbach visited LowerMyBills.com. Instead, on October 24, 2022, Rocket Mortgage disclosed that it now asserted that Daschbach visited refinance.enhancedrefinow.com, a website operated by LMB Mortgage Services, Inc. d/b/a LowerMyBills.com ("LMB").

5. Attached as Exhibit 1 to this Declaration are true and accurate copies of the disclosures analyzed in *Berman v. Freedom Fin. Network, LLC*, 30 F.4th 849 (9th Cir. 2022).

6. Attached as Exhibit 2 to this Declaration are true and accurate copies of the disclosures analyzed in *Cullinane v. Uber Techs., Inc.*, 893 F.3d 53, 57-58 (1st Cir. 2018).

7. Attached as Exhibit 3 to this Declaration are true and accurate copies of the disclosures analyzed in *Shirley v. Rocket Mortg.*, No. 2:21-CV-13007, 2022 WL 2541123, ECF No. 9-5 pgs. 12-13, 16-17 (E.D. Mich. July 7, 2022).

8. Attached as Exhibit 4 to this Declaration is a true and accurate copy of the disclosure analyzed in *Rodriguez v. Experian Servs. Corp.*, No. 2:15-cv-03553-R-MRW ECF No. 24-2 (C.D. Cal. Oct. 5, 2015).

9. Attached as Exhibit 5 to this Declaration is a true and accurate copy of the disclosure analyzed in *Hill v. ActiveProspect, Inc.*, No. 5:20-cv-01351-JGB-KK, ECF No. 43-7 pg. 16 (C.D. Cal. July 16, 2021).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2022, in Denver, Colorado.

    /s/ Taylor T. Smith

Taylor T. Smith (*admitted pro hac vice*)
   tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Class*

2

# Exhibit 1

Appendix A





20     BERMAN v. FREEDOM FINANCIAL NETWORK

## Appendix B



# Exhibit 2

### 1. "Link Card"

When confronted with the third screen, Núñez and Schaul were presented with the "Link Card" screen. This is what it looked like:[3]



As depicted in the screenshot above, the screen contained a thick gray bar at the top of the screen with the title "Link Card." To the left of the title was a "CANCEL" button and to the right was an inoperative and barely visible "DONE" button.

---

[3] The parties do not dispute that the screenshots attached to Uber's motion to compel arbitration accurately depict the content of the Uber App screens presented to the Plaintiffs. The screenshots, however, are larger than the actual size of the average smartphone's display. Because the Plaintiffs contend that the iPhones they used to register with Uber had 3.5-inch displays, we reproduce the screenshots found in the record as they would appear in a smartphone's display that is approximately 3.5 inches, measured diagonally. Uber does not concede that the Plaintiffs' iPhone displays were this size.

-7-

Below this text was the phrase "Terms of Service & Privacy Policy" in bold white text enclosed in a gray rectangle. According to Uber, this rectangular box indicated that this phrase was a "clickable button."

**2. "Link Payment"**

Plaintiffs Cullinane and McDonagh confronted a third screen that looked like this:



The "Link Payment" screen was very similar to the "Link Card" screen, except that it provided for an additional payment option that altered the screen's initial presentation. Instead of a blank text field for credit card information and the aforementioned number pad, the "Link Payment" screen displayed the blank text field and a large blue button with the PayPal logo.[5]

---

[5] PayPal is "an internet service to pay for transactions online."

# Exhibit 3





## Next, let's learn about your property.

Based on your current loan information, there may be lenders available! Learning about your property and some financial history helps us fine-tune these results.

90%

"They keep up on interest rates, have **saved me over $1,000 a month** on my payments AND cut 4 years off the time of my home loan! Amazing!"

★★★★★

Karen V. *(Verified Customer)*

**How old are you?**

Select One

**Employment status**

Employed

**Purpose of Taking Cash Out**

Select One

**Any bankruptcy in the past 3 years?**

Ok to estimate

○ Yes ◉ No

**Do you currently have an FHA loan?**

Federal Housing Administration

○ Yes ◉ No ○ I Don't Know

**Do you currently pay for PMI?**

Private Mortgage Insurance

○ Yes ○ No ◉ I Don't Know

**Number of late mortgage payments in the past 12 months?**

None

**Property Address**

We respect your privacy.

**Street**

**State / City**

CA - Los Angeles

**Email Address**

We respect your privacy

**Calculate**

By clicking the button above, you agree to be contacted by LowerMyBills, at the address entered above for promotional emails and consent, electronically via E-sign, to the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

*Featured Provider*

**Quicken Loans**

Excellent

★★★★★

Based on 19,017 reviews

Trustpilot

★★★★★ 4 hours ago

**Painless**

They made the process easy and painless!

SHANNON WILKES

★★★★★ 15 hours ago

**Rocket mortgage is absolut...**

Rocket mortgage is absolutely the best. I have refinanced a few times

JOSEPH THULL

Showing our 5 star reviews

©2000-2021 Rocket Mortgage, LLC (d/b/a Quicken Loans). All rights reserved. Lending services provided by Rocket Mortgage, LLC, a subsidiary of Rocket Companies, Inc. (NYSE: RKT). "Quicken Loans" is a registered service mark of Intuit Inc., used under license.

Rocket Mortgage: E-Mail Policy | Security and Privacy | Disclosures and Licenses | Terms of Use | Communication Opt-Out

Data is collected by LowerMyBills on behalf of Rocket Mortgage. LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states.This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

LowerMyBills: Terms of Use | Our Privacy | State Privacy Notices | Licenses & Disclosures | Ad Targeting Policy

TRUSTe Certified Privacy

ACCREDITED BUSINESS

MORTGAGE BANKERS ASSOCIATION

thawte

LowerMyBills.com

A Core Digital Media Company

12

Viewed as one scrolling page on mobile – screenshot split for readability






16

# Exhibit 4



## You Are 90 Seconds Away From Better Results!

**AS SEEN ON:**

| | |
|---|---|
| Total Debt Amount | $20,000 - $30,000 |
| Your Title | Select One |
| Your Age | Select One |
| First Name | |
| Last Name | |
| Email Address | |
| Phone Numbers | Home ( 310 ) - |
| | Work/Cell |

**Click to See Your FREE Results!**

✓ Recommend 585

By clicking the button above you agree to be matched with up to 4 professional financial agencies, and for them to contact you (including through automated means, e.g. dialing and text messaging) via telephone, mobile device (including SMS and MMS) and/or email, even if your telephone number or email address is on a corporate, state, or the National Do Not Call Registry, and you agree to our Terms of Use and Privacy Policy. Such providers may convey information on a variety of debt related products and services, including but not limited to debt settlement or consolidation, debt counseling, or bankruptcy, depending on the service information inquiries selected by the consumer.

About Us . Site Map . Press . Careers . Affiliates . Partners . For Lenders . For Debt Partners . Unsubscribe . Home
Terms of Use . Privacy . Licenses & Disclosures . Ad Targeting Policy

© 2000-2011 LowerMyBills, Inc. All Rights Reserved. Patent Pending. 4859 W Slauson Ave #405, Los Angeles, CA 90056



(UNKNOWN) (Q-1) (T-8048) (P-8028) (PG-42040) (S-1)

# Exhibit 5



Exhibit 1 - Page 20