# Exhibit 1

Appendix A





20     BERMAN v. FREEDOM FINANCIAL NETWORK

Appendix B