# Exhibit 2

### 1. "Link Card"

When confronted with the third screen, Núñez and Schaul were presented with the "Link Card" screen.  This is what it looked like:[3]



As depicted in the screenshot above, the screen contained a thick gray bar at the top of the screen with the title "Link Card."  To the left of the title was a "CANCEL" button and to the right was an inoperative and barely visible "DONE" button.

---

[3] The parties do not dispute that the screenshots attached to Uber's motion to compel arbitration accurately depict the content of the Uber App screens presented to the Plaintiffs.  The screenshots, however, are larger than the actual size of the average smartphone's display.  Because the Plaintiffs contend that the iPhones they used to register with Uber had 3.5-inch displays, we reproduce the screenshots found in the record as they would appear in a smartphone's display that is approximately 3.5 inches, measured diagonally.  Uber does not concede that the Plaintiffs' iPhone displays were this size.

Below this text was the phrase "Terms of Service & Privacy Policy" in bold white text enclosed in a gray rectangle. According to Uber, this rectangular box indicated that this phrase was a "clickable button."

### 2. "Link Payment"

Plaintiffs Cullinane and McDonagh confronted a third screen that looked like this:



The "Link Payment" screen was very similar to the "Link Card" screen, except that it provided for an additional payment option that altered the screen's initial presentation. Instead of a blank text field for credit card information and the aforementioned number pad, the "Link Payment" screen displayed the blank text field and a large blue button with the PayPal logo.[5]

---

[5]   PayPal is "an internet service to pay for transactions online."