# Exhibit 3



# Next, let's learn about your property.

Based on your current loan information, there may be lenders available! Learning about your property and some financial history helps us fine-tune these results.

**90%**

"They keep up on interest rates, have **saved me over $1,000 a month** on my payments AND cut 4 years off the time of my home loan! Amazing!"

★★★★★

Karen V. *(Verified Customer)*

**How old are you?**

Select One

**Employment status**

Employed

**Purpose of Taking Cash Out**

Select One

**Any bankruptcy in the past 3 years?**
Ok to estimate
○ Yes ● No

**Do you currently have an FHA loan?**
Federal Housing Administration
○ Yes ● No ○ I Don't Know

**Do you currently pay for PMI?**
Private Mortgage Insurance
○ Yes ○ No ● I Don't Know

**Number of late mortgage payments in the past 12 months?**

None

---

**Street**

**State / City**

CA - Los Angeles

**Email Address** 🔒
We respect your privacy

**Calculate**

By clicking the button above, you agree to be contacted by LowerMyBills, at the address entered above for promotional emails and consent, electronically via E-sign, to the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

*Featured Provider*



Excellent
★★★★☆
Based on 19,017 reviews
★ Trustpilot

★★★★★  4 hours ago
**Painless**
They made the process easy and painless!
SHANNON WILKES
Showing our 5 star reviews

★★★★★  15 hours ago
**Rocket mortgage is absolut...**
Rocket mortgage is absolutely the best. I have refinanced a few times
JOSEPH THULL

©2000-2021 Rocket Mortgage, LLC (d/b/a Quicken Loans). All rights reserved. Lending services provided by Rocket Mortgage, LLC, a subsidiary of Rocket Companies, Inc. (NYSE: RKT). "Quicken Loans" is a registered service mark of Intuit Inc., used under license.

Rocket Mortgage: E-Mail Policy | Security and Privacy | Disclosures and Licenses | Terms of Use | Communication Opt-Out

Data is collected by LowerMyBills on behalf of Rocket Mortgage. LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states.This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

LowerMyBills: Terms of Use | Our Privacy | State Privacy Notices | Licenses & Disclosures | Ad Targeting Policy

 

(93(9)(4)(4)DO9(CDA)-MO-14-1.0.1449-45-wat)-(Q-1)-(T-090177)-(R-270470)-(90-04093)(S-1)-(DD-)


     

11

## Calculate

By clicking the button above, you agree to be contacted by LowerMyBills, at the address entered above for promotional emails and consent, electronically via E-sign, to the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

Featured Provider





12

Viewed as one scrolling page on mobile – screenshot split for readability

## Finally, let's learn about the current borrower.

We've prepped your results and are ready to finalize them so you can get on the path to potentially saving money with lenders. We just need some details about yourself to make sure everything is covered!

**99%**

"They keep up on interest rates, have **saved me over $1,000 a month** on my payments AND cut 4 years off the time of my home loan! Amazing!"

★★★★★

Karen V. *(Verified Customer)*

**My Current Occupation**

Select One

**Active or previous U.S. military service?**
○ Yes  ○ No

**Are you or your spouse currently in a VA loan?**
○ Yes  ○ No

**First Name** 🔒
We respect your privacy.

**Last Name** 🔒

**Primary Residence** 🔒
We respect your privacy.
**Street**

**City**

**State**

**ZIP Code**

**Phone Number** 🔒
(   )   -

**Secondary Phone Number** 🔒
Optional
(   )   -

Enter your phone number above to receive automated and/or pre-recorded calls only from us and/or the providers that are matched to you.

**Calculate your FREE results ＞**

By clicking the button above you express your understanding and consent, electronically via E-sign, to the following:

1. To be matched with, and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products and consent (not required as a condition to purchase a good / service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded message) via telephone or text at the phone number provided above (including SMS and MMS) and email even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. You agree that LMB Core Digital Media, and Rocket Mortgage can share your personal data and contact information with third parties such as mortgage partners, partner companies and other affiliates, and that these parties may use your personal data and contact information for marketing and analytics, and to make your experience easier. As an alternative, you may contact us by email at customer.care@coredigital.com

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to utilize your information in order to reference your consumer credit report for the purpose of validating your self-reported information. Matched Providers will contact you directly to discuss their financial services and products and to gather additional information in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to an additional 3 providers about solar services, home improvement services, home insurance services, and realtor services, and consent (not required as a condition to purchase a good / service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded message) via telephone at the phone number provided above (including SMS and MMS) and email even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. As an alternative, you may contact us by email at customer.care@coredigital.com

**LowerMyBills.com**
A Core Digital Media Company

15

that are matched to you.

## Calculate your FREE results ›

By clicking the button above, you express your understanding and consent, electronically via E- sign, to the following:

1. To be matched with and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products, and consent (not required as a condition to purchase a good/service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded means) via telephone or text at the phone number provided above (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. You agree that LMB, Core Digital Media, and Rocket Mortgage can share your personal data and contact information with third parties, such as mortgage partners, partner companies, and other affiliates, and that these parties may use your personal data and contact information for marketing and analytics, and to make your experience easier. As an alternative, you may contact us by email at customercare@coredigital.com.

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to utilize your information in order to reference your consumer credit report for the purpose of validating your self reported information. Matched Providers will contact you directly to discuss their financial services and products, and to gather additional information, in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to an additional 3 providers about solar services, home improvement services, home insurance services, and realtor services, and consent (not required as a condition to purchase a good/service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded means) via telephone at the phone number provided above (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. As an alternative, you may contact us by email at customercare@coredigital.com.

### Featured Provider



16