# Exhibit 5



Exhibit 1 - Page 20