

Christina L. Hennecken
+1 202 346 4291
CHennecken@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC  20036

goodwinlaw.com
+1 202 346 4000

FILED - USDC -NH
2022 DEC 1 PM 2:21

November 30, 2022

**VIA FEDEX**

U.S. District Court for the District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301-3941

**Re:** *Richard Daschbach v. Rocket Mortgage, LLC*
**(D.N.H. Civil Action No: 1:22-cv-00346-JL)**

To Whom It May Concern :

Pursuant to Rule 2.5(d) of the Supplemental Rules for Electronic Case Filing for the District of New Hampshire, enclosed please a USB drive containing Exhibit 3 to the Declaration of Mitchell Viner (ECF No. 15-5) for filing in the traditional manner. Pursuant to Rule 2.5(d), a copy of the Notice of Conventional Filing with Certificate of Service is also enclosed herein.

To open the USB drive, please press the green unlock key, enter the ▮▮▮▮▮▮▮▮▮▮▮▮', press the green unlock key again, and insert the USB drive into a computer.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Christina L. Hennecken*
Christina L. Hennecken

Enclosures

cc:    V. Richard Ward, Jr. (password for USB key sent by e-mail)
       Taylor T. Smith (password for USB key sent by e-mail)

FILED - USDC -NH
2022 DEC 1 PM 2:21

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RICHARD DASCHBACH
Plaintiff(s)/United States

v.

Case No. 1:22-cv-00346-JL

ROCKET MORTGAGE, LLC
Defendant(s)

## NOTICE OF CONVENTIONAL FILING

Please take notice that Defendant Rocket Mortgage, LLC has conventionally filed the following attachment or exhibit: Exhibit 3 to the Declaration of Mitchell Viner in support of Rocket Mortgage's Motion to Compel Arbitration and Dismiss.

This attachment or exhibit has not been filed electronically because:

The exhibit is a video rendering of a website user filling out a submission form. This video cannot be embedded in a PDF and must be submitted to the court on a flash drive.

Date: 11/29/22

/s/ W. Kyle Tayman
W. Kyle Tayman
PHV
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
KTayman@goodwinlaw.com