UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH<br>individually and on behalf of all<br>others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:   CASE NO. 1:22-cv-00346-JL<br>:<br>:<br>:<br>:<br>:<br>:   December 8, 2023 |

## JOINT MOTION TO EXTEND CASE SCHEDULE

Pursuant to Fed. R. Civ. P. 16(b)(4), the parties Plaintiff Richard Daschbach ("Plaintiff") and Defendant Rocket Mortgage, LLC ("Rocket Mortgage"), by and through their respective counsel, and with good cause therefor, hereby jointly move for a 90-day extension of all deadlines set in this Court's Order after Preliminary Pretrial Conference (ECF No. 31) ("Scheduling Order").

In support, the Parties state as follows:

1. The Scheduling Order currently requires the Parties to complete Class Certification Discovery by February 9, 2024 and for Plaintiff to file his motion for class certification by April 23, 2024;

2. Due to a medical condition, Plaintiff has been unable to sit for his deposition, which was noticed by Rocket Mortgage on October 4, 2023 and originally scheduled to occur on November 9, 2023;

3. Although the Parties rescheduled Plaintiff's deposition for December 6, 2023, Plaintiff's deposition was postponed again due to Plaintiff's recovery from the same medical issue, until January 2024 at the earliest;

4.   As such, and to avoid any potential prejudice to Rocket Mortgage from being unable to conduct fulsome discovery at this time, the Parties agree that an extension of the current case deadlines is necessary to allow the Parties to complete relevant discovery before class certification briefing and is not for the purpose of delay;

5.   This Motion to extend the case schedule will not result in the continuance of any hearing, conference, or trial, as none are currently scheduled in this case.

WHEREFORE, and with good cause shown, the Parties respectfully request that the Court modify its Scheduling Order by extending all current deadlines by ninety (90) days, as follows:

   a. Close of Class Certification Discovery – **May 9, 2024**

   b. Class Certification Motion Deadline – **July 22, 2024**

   c. Close of Discovery – **January 8, 2025**

December 8, 2023                                                    Respectfully Submitted,

/s/ *Taylor T. Smith* (*with permission*)
Taylor T. Smith (*pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Tel.: (720) 907-7628

V. Richards Ward, Jr. (NH Bar #14262)
Law Offices of V. Richards Ward Jr PLLC
98 Center Street
PO box 117
Wolfeboro, NH 03894
Tel: 603-569-9222
Fax: 603-569-9022
Email: Rick@VRWardLaw.com

*Counsel for Plaintiff*

/s/ *W. Kyle Tayman*
W. Kyle Tayman (*PHV*)
Brooks R. Brown (*PHV*)
Christina L. Hennecken (*PHV*)
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
(202) 346-4000
BBrown@goodwinlaw.com
KTayman@goodwinlaw.com
CHennecken@goodwinlaw.com

Steven J. Dutton (NH 17101)
McLane Middleton
900 Elm Street | Manchester, NH 03101
(603) 628-1379
steven.dutton@mclane.com

*Counsel for Rocket Mortgage, LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 8, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                         */s/ W. Kyle Tayman*
                                                         W. Kyle Tayman

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH<br>individually and on behalf of all<br>others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC,<br><br>    Defendant. | CASE NO. 1:22-cv-00346-JL |

## ATTACHMENT TO JOINT MOTION TO EXTEND CASE SCHEDULE

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | October 10, 2024 | January 8, 2025 |
| Close of Class Certification Discovery | February 9, 2024 | May 9, 2024 |
| Expert Challenges | 60 days prior to final pretrial conference | 60 days prior to final pretrial conference |
| Claim Certification Motion Deadline | April 23, 2024 | July 22, 2024 |
| Summary Judgment Deadline | TBD after class certification | TBD after class certification |
| Mid-Litigation Discovery Status Conference | TBD | TBD |
| Joint Status Report | TBD | TBD |
| Jury Trial | TBD after class certification | TBD after class certification |