# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| RICHARD DASCHBACH<br>individually and on behalf of all<br>others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br>CASE NO. 1:22-cv-00346-JL<br><br><br><br><br><br>December 15, 2023 |

## ROCKET MORTGAGE'S SUGGESTION OF DEATH
## OF PLAINTIFF RICHARD DASCHBACH

Pursuant to Federal Rule of Civil Procedure 25, Rocket Mortgage, LLC ("Rocket Mortgage") respectfully states upon the record the apparent December 5, 2023 death of Plaintiff Richard Daschbach. Rocket Mortgage discovered the apparent death of Plaintiff through an obituary published at the website https://www.seacoastonline.com/obituaries/pprt0654048, a copy of which is also attached hereto as Exhibit A, and has confirmed with Plaintiff's counsel the death of Plaintiff.

December 15, 2023

        Respectfully submitted,

        */s/ W. Kyle Tayman*
        W. Kyle Tayman (PHV)
        Brooks R. Brown (PHV)
        Christina L. Hennecken (PHV)
        GOODWIN PROCTER LLP
        1900 N Street, NW
        Washington, DC  20036
        Tel.: +1 202 346 4000
        Fax: +1 202 346 4444
        BBrown@goodwinlaw.com
        KTayman@goodwinlaw.com
        CHennecken@goodwinlaw.com

        Steven J. Dutton (NH 17101)
        McLane Middleton
        900 Elm Street | Manchester, NH 03101
        (603) 628-1379 |steven.dutton@mclane.com

        Counsel for Rocket Mortgage, LLC

## **CERTIFICATE OF SERVICE**

I, W. Kyle Tayman, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non-registered participants on December 15, 2023.

        */s/ W. Kyle Tayman*
        W. Kyle Tayman