# EXHIBIT A

# Seacoastonline

Home | News | Sports | Entertainment | Lifestyle

# Richard Joseph Daschbach

View memory board | Share obituary | Listen to this story | Send flowers | Plant a tree

Richard Joseph Daschbach, age 87, of Exeter, NH, died at home after a prolonged illness on December 5, 2023.

He was born in Columbus, Ohio in 1936 and grew up in New Orleans. Richard attended Loyola University, Georgetown University, and The Georgetown Law Center, but his years at Jesuit High School were the pinnacle of his formal education. Richard a lifelong engaged Democrat, was fortunate to have rich careers, in Washington, D.C., and New Hampshire. He worked as a staffer on various Congressional committees, served as Maritime Counsel to the Senate Committee on Commerce, and worked as Legislative and Research Assistant to U.S. Senator Russell Long (D-La.). During his administration, President Jimmy Carter appointed Richard as Chairman of the Federal Maritime Commission. In his mid-70s he came out of retirement to serve as head judge on the Department of Labor's Workman's Comp Appeals Board. Richard's career in New Hampshire included serving as Cheshire County Commissioner, several terms in the NH State Legislature, and membership on the Exeter Hospital Ethics Committee. For years, he enjoyed working at football and ice hockey games at UNH.

Richard was preceded in death by his brother Peter Daschbach and is survived by Virginia H. Daschbach, his wife of 65 years, 3 daughters, Suzanne, Holley, and Elizabeth, 5 grandchildren, and 6 great-grandchildren.

No services are planned at this time. Donations to the Rockingham VNA and Hospice would be appreciated.

Posted online on December 11, 2023
Published in Exeter News-Letter/Hampton Union, Exeter News-Letter/Hampton Union

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure · ☑☒ Your Privacy Choices

© Copyright Gannett 2023